UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS STEVENS,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1-10,<br>　　　　　Defendants. | Case No. 19cv646-JAH (NLS)<br><br>**ORDER WITHDRAWING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY ACTION PENDING SETTLEMENT** |

On April 26, 2019, Defendant BMW of North America, LLC ("Defendant") filed a Motion to Compel Arbitration and Stay Action [Doc. No. 10]. No opposition was filed by Plaintiff Dennis Stevens ("Plaintiff"). The Court received notice of a settlement between the parties and found it appropriate to withdraw the motion with leave to refile should the parties fail to reach a settlement agreement. *See Doc. Nos*. 15,16.

On September 26, 2019, Defendant refiled the Motion to Compel Arbitration and Stay Action. [Doc. No. 23]. A settlement disposition conference was held on October 15, 2019 and discussions continued. On November 1, 2019, Defendant noticed the Court that the parties executed a written settlement agreement and requested the motion be withdrawn.

1

| | |
|---|---|
|1| Good cause appearing, the Court withdraws the Motion to Compel Arbitration and |
|2| Stay Action. Should the settlement not result in dismissal of the case in its entirety, the |
|3| parties may refile appropriate motions. |
|4| Accordingly, IT IS HEREBY ORDERED Defendant's motion to compel arbitration |
|5| and stay action is **WITHDRAWN** and the hearing date set for November 18, 2019 is |
|6| **VACATED.** |
|7| **IT IS SO ORDERED.** |
|9| DATED: November 5, 2019 |

_____
HON. JOHN A. HOUSTON
UNITED STATES DISTRICT COURT