# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS STEVENS,<br><br>                          Plaintiff,<br><br>   v.<br><br>BMW OF NORTH AMERICA, LLC;<br>and DOES 1 to 10,<br><br>                          Defendant. | Case No. 19cv0646-JAH (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

      On December 19, 2019, Plaintiff, Dennis Stevens, and Defendant, BMW of North America, LLC, and Does 1 through 10, filed a joint motion to dismiss this case with prejudice.

      IT IS HEREBY ORDERED that the joint motion is **GRANTED**. The case is **DISMISSED** with prejudice. Each party will bear its own costs and attorneys' fees in connection with this action.

      **IT IS SO ORDERED.**

Dated: January 6, 2020

                                                                                              JOHN A. HOUSTON<br>
                                                                                                United States District Judge